IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRITTANY HUDSON<br><br>Defendants. | Case No.<br><br>1:23-CR-0131-MLB RDC |

**STANDBY COUNSEL'S NOTICE REGARDING DEFENDANT'S COMPUTER ISSUES FIXED**

Comes Now, standby counsel, Brandon A. Thomas, who files this notice to advise the Court as to the status of its requests that undersigned aid Ms. Hudson with the laptop computer she was provided. The status is as follows:

1. On December 22, 2025, undersigned counsel went a third time to the Robert A. Deyton Detention Facility (RAD), to fix the computer issues Ms. Hudson reported having with PDF and Excel spreadsheet files.

2. On December 22, 2025, undersigned counsel installed programs on the laptop which allowed Ms. Hudson to access any PDF or Excel spreadsheet file. Ms. Hudson has confirmed that she has been able to access all documents provided to her in discovery in electronic formats.

3. Thus, as of December 22, 2025, all issues with the laptop Ms. Hudson was provided were fixed, and she has been able to all discovery provided to her on hard drives by the Government.

Dated: 1/14/2026

Respectfully submitted,

**s/ Brandon A. Thomas**
BRANDON A. THOMAS
GA BAR NO.: 742344
The Law Offices of Brandon A. Thomas, P.C.
1 Glenlake Parkway, Suite 650
Atlanta, GA 30328
Tel: (678) 862-9344
Fax: (678) 638-6201
brandon@overtimeclaimslawyer.com